**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Andrew R. Powell |
| Debtor 2 (Spouse, if filing) | Nicole L. Powell |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 11-37442 |

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** US BANK TRUST NATIONAL ASSOCIATION, et al

**Court claim no.** (if known): 8

**Last 4 digits of any number you use to identify the debtor's account:** 2 6 5 8

**Property address:** 450 Oak Avenue
Number    Street

Aurora    IL    60506
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM/DD/YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 12310.24

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 516.14

c. Total. Add lines a and b.    (c) $ 12826.38

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    09/01/2015
MM/DD/YYYY

Debtor 1 __Andrew R. Powell__
First Name   Middle Name   Last Name

Case number (if known) __11-37442__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _/s/ Jody Lee_   Signature

Date __5/6/2015__

Print __Jody__ _____ __Lee__
First Name   Middle Name   Last Name

Title __Bankruptcy Asset Manager__

Company __SN Servicing Corp__

If different from the notice address listed on the proof of claim to which this response applies:

Address __323__ __5th Street__
Number   Street

__Eureka__       __CA__   __95501__
City            State    ZIP Code

Contact phone ( __800__ ) __603__ - __0836__

Email __bknotices@snsc.com__

Form 4100R    Response to Notice of Final Cure Payment    page 2

| | | | | | | Interest Method: | Arrears | Trustee pays Arrears/Borrower ongoing | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Powell 11-37442 | | | | | | Interest Rate: | 7.550% | | | | | | | | |
| 09/14/11 | | BK Filed | | | | 7,865.20 | | | 0.00 | | 0.00 | 0.00 | | 0.00 | 0.00 | 208,915.28 |
| 09/14/11 | | 04/01/11-09/01/11 (6) | 9,232.68 | 9,232.68 | 0.00 | 7,865.20 | 7,865.20 | 1,367.48 | 0.00 | (9232.68) | 0.00 | 0.00 | 0.00 | 0.00 | 207,547.80 |
| 09/14/11 | | Corp Advance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 207,547.80 |
| 09/14/11 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 207,547.80 |
| 10/01/11 | 30 | 10/11 | 1,538.78 | 1,538.78 | 1,305.82 | 1,305.82 | 1,305.82 | 232.96 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 207,314.84 |
| 11/02/11 | 30 | 11/11 | 1,538.78 | 1,538.78 | 1,304.36 | 1,304.36 | 1,304.36 | 234.42 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 207,080.42 |
| 12/16/11 | 30 | 12/11 | 1,538.78 | 1,538.78 | 1,302.88 | 1,302.88 | 1,302.88 | 235.90 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 206,844.52 |
| 01/17/12 | 30 | 01/12 | 1,538.78 | 1,538.78 | 1,301.40 | 1,301.40 | 1,301.40 | 237.38 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 206,607.14 |
| 02/16/12 | 30 | 02/12 | 1,538.78 | 1,538.78 | 1,299.90 | 1,299.90 | 1,299.90 | 238.88 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 206,368.26 |
| 03/16/12 | 30 | 03/12 | 1,538.78 | 1,538.78 | 1,298.40 | 1,298.40 | 1,298.40 | 240.38 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 206,127.88 |
| 04/16/12 | 30 | 04/12 | 1,538.78 | 1,538.78 | 1,296.89 | 1,296.89 | 1,296.89 | 241.89 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 205,885.99 |
| 05/16/12 | 30 | 05/12 | 1,538.78 | 1,538.78 | 1,295.37 | 1,295.37 | 1,295.37 | 243.41 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 205,642.57 |
| 06/18/12 | 30 | 06/12 | 1,538.78 | 1,538.78 | 1,293.83 | 1,293.83 | 1,293.83 | 244.95 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 205,397.63 |
| 07/17/12 | 30 | 07/12 | 1,538.78 | 1,538.78 | 1,292.29 | 1,292.29 | 1,292.29 | 246.49 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 205,151.14 |
| 08/15/12 | 30 | 08/12 | 1,538.78 | 1,538.78 | 1,290.74 | 1,290.74 | 1,290.74 | 248.04 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 204,903.10 |
| 09/18/12 | 30 | 09/12 | 1,538.78 | 1,538.78 | 1,289.18 | 1,289.18 | 1,289.18 | 249.60 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 204,653.51 |
| 10/16/12 | 30 | 10/12 | 1,538.78 | 1,538.78 | 1,287.61 | 1,287.61 | 1,287.61 | 251.17 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 204,402.34 |
| 11/19/12 | 30 | 11/12 | 1,538.78 | 1,538.78 | 1,286.03 | 1,286.03 | 1,286.03 | 252.75 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 204,149.59 |
| 12/17/12 | 30 | 12/12 | 1,538.78 | 1,538.78 | 1,284.44 | 1,284.44 | 1,284.44 | 254.34 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 203,895.25 |
| 01/16/13 | 30 | 01/13 | 1,538.78 | 1,538.78 | 1,282.84 | 1,282.84 | 1,282.84 | 255.94 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 203,639.31 |
| 02/18/13 | 30 | 02/13 | 1,538.78 | 1,538.78 | 1,281.23 | 1,281.23 | 1,281.23 | 257.55 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 203,381.76 |
| 03/18/13 | 30 | 03/13 | 1,538.78 | 1,538.78 | 1,279.61 | 1,279.61 | 1,279.61 | 259.17 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 203,122.59 |
| 04/17/13 | 30 | 04/13 | 1,538.78 | 1,538.78 | 1,277.98 | 1,277.98 | 1,277.98 | 260.80 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 202,861.79 |
| 05/16/13 | 30 | 05/13 | 1,538.78 | 1,538.78 | 1,276.34 | 1,276.34 | 1,276.34 | 262.44 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 202,599.35 |
| 06/17/13 | 30 | 06/13 | 1,538.78 | 1,538.78 | 1,274.69 | 1,274.69 | 1,274.69 | 264.09 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 202,335.26 |
| 07/16/13 | 30 | 07/13 | 1,538.78 | 1,538.78 | 1,273.03 | 1,273.03 | 1,273.03 | 265.75 | 0.00 | (10785.42) | 0.00 | 0.00 | 0.00 | 0.00 | 202,069.50 |
| 08/29/13 | | Arrears | 56.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (10729.16) | 0.00 | 0.00 | 0.00 | 0.00 | 202,069.50 |
| 09/25/13 | | Arrears | 630.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (10098.74) | 0.00 | 0.00 | 0.00 | 0.00 | 202,069.50 |
| 09/30/13 | 30 | 08/13 | 3,100.00 | 1,538.78 | 1,271.35 | 1,271.35 | 1,271.35 | 267.43 | 0.00 | (10098.74) | 0.00 | 0.00 | 0.00 | 1,561.22 | 201,802.08 |
| 09/30/13 | 30 | 09/13 | 0.00 | 1,538.78 | 1,269.67 | 1,269.67 | 1,269.67 | 269.11 | 0.00 | (10098.74) | 0.00 | 0.00 | 0.00 | 22.44 | 201,532.97 |
| 10/18/13 | 30 | 10/13 | 1,538.78 | 1,538.78 | 1,267.98 | 1,267.98 | 1,267.98 | 270.80 | 0.00 | (10098.74) | 0.00 | 0.00 | 0.00 | 22.44 | 201,262.17 |
| 11/15/13 | 30 | 11/13 | 1,538.78 | 1,538.78 | 1,266.27 | 1,266.27 | 1,266.27 | 272.51 | 0.00 | (10098.74) | 0.00 | 0.00 | 0.00 | 22.44 | 200,989.66 |
| 12/16/13 | 30 | 12/13 | 1,538.78 | 1,538.78 | 1,264.56 | 1,264.56 | 1,264.56 | 274.22 | 0.00 | (10098.74) | 0.00 | 0.00 | 0.00 | 22.44 | 200,715.44 |
| 12/20/13 | | Arrears | 1,260.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (8837.91) | 0.00 | 0.00 | 0.00 | 22.44 | 200,715.44 |
| 01/15/14 | 30 | 01/14 | 1,538.78 | 1,538.78 | 1,262.83 | 1,262.83 | 1,262.83 | 275.95 | 0.00 | (8837.91) | 0.00 | 0.00 | 0.00 | 22.44 | 200,439.50 |
| 01/17/14 | | Arrears | 1,260.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7577.08) | 0.00 | 0.00 | 0.00 | 22.44 | 200,439.50 |
| 02/14/14 | 30 | 02/14 | 1,538.78 | 1,538.78 | 1,261.10 | 1,261.10 | 1,261.10 | 277.68 | 0.00 | (7577.08) | 0.00 | 0.00 | 0.00 | 22.44 | 200,161.81 |
| 02/25/14 | | Arrears | 96.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7480.98) | 0.00 | 0.00 | 0.00 | 22.44 | 200,161.81 |
| 03/14/14 | 30 | 03/14 | 1,538.78 | 1,538.78 | 1,259.35 | 1,259.35 | 1,259.35 | 279.43 | 0.00 | (7480.98) | 0.00 | 0.00 | 0.00 | 22.44 | 199,882.39 |
| 03/20/14 | | Arrears | 96.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7384.88) | 0.00 | 0.00 | 0.00 | 22.44 | 199,882.39 |
| 04/15/14 | 30 | 04/14 | 1,538.78 | 1,538.78 | 1,257.59 | 1,257.59 | 1,257.59 | 281.19 | 0.00 | (7384.88) | 0.00 | 0.00 | 0.00 | 22.44 | 199,601.20 |
| 04/17/14 | | Arrears | 19.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7365.66) | 0.00 | 0.00 | 0.00 | 22.44 | 199,601.20 |
| 05/15/14 | 30 | 05/14 | 1,538.78 | 1,538.78 | 1,255.82 | 1,255.82 | 1,255.82 | 282.96 | 0.00 | (7365.66) | 0.00 | 0.00 | 0.00 | 22.44 | 199,318.24 |
| 05/16/14 | | Arrears | 630.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6735.24) | 0.00 | 0.00 | 0.00 | 22.44 | 199,318.24 |
| 06/19/14 | 30 | 06/14 | 1,538.78 | 1,538.78 | 1,254.04 | 1,254.04 | 1,254.04 | 284.74 | 0.00 | (6735.24) | 0.00 | 0.00 | 0.00 | 22.44 | 199,033.51 |
| 06/20/14 | | Arrears | 630.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6104.82) | 0.00 | 0.00 | 0.00 | 22.44 | 199,033.51 |
| 07/15/14 | 30 | 07/14 | 1,538.78 | 1,538.78 | 1,252.25 | 1,252.25 | 1,252.25 | 286.53 | 0.00 | (6104.82) | 0.00 | 0.00 | 0.00 | 22.44 | 198,746.98 |
| 07/22/14 | | Arrears | 630.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5474.40) | 0.00 | 0.00 | 0.00 | 22.44 | 198,746.98 |
| 08/15/14 | 30 | 08/14 | 1,538.78 | 1,538.78 | 1,250.45 | 1,250.45 | 1,250.45 | 288.33 | 0.00 | (5474.40) | 0.00 | 0.00 | 0.00 | 22.44 | 198,458.65 |
| 08/21/14 | | Arrears | 639.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4835.33) | 0.00 | 0.00 | 0.00 | 22.44 | 198,458.65 |

Powell
#11-37442

| Date | 30 | Period | Amt | Amt | Amt | Amt | Amt | Int | Fee | | Bal | | 0.00 | 0.00 | 0.00 | | 22.44 | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/18/14 | 30 | 09/14 | 1,538.78 | 1,538.78 | 1,248.64 | 1,248.64 | 1,248.64 | 290.14 | 0.00 | | (4835.33) | | 0.00 | 0.00 | 0.00 | | 22.44 | 198,168.51 |
| 09/19/14 | | Arrears | 630.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | (4204.91) | | 0.00 | 0.00 | 0.00 | | 22.44 | 198,168.51 |
| 10/15/14 | 30 | 10/14 | 1,538.78 | 1,538.78 | 1,246.81 | 1,246.81 | 1,246.81 | 291.97 | 0.00 | | (4204.91) | | 0.00 | 0.00 | 0.00 | | 22.44 | 197,876.54 |
| 10/23/14 | | Arrears | 630.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | (3574.49) | | 0.00 | 0.00 | 0.00 | | 22.44 | 197,876.54 |
| 11/17/14 | 30 | 11/14 | 1,538.78 | 1,538.78 | 1,244.97 | 1,244.97 | 1,244.97 | 293.81 | 0.00 | | (3574.49) | | 0.00 | 0.00 | 0.00 | | 22.44 | 197,582.73 |
| 11/24/14 | | Arrears | 630.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | (2944.07) | | 0.00 | 0.00 | 0.00 | | 22.44 | 197,582.73 |
| 12/15/14 | 30 | 12/14 | 1,538.78 | 1,538.78 | 1,243.12 | 1,243.12 | 1,243.12 | 295.66 | 0.00 | | (2944.07) | | 0.00 | 0.00 | 0.00 | | 22.44 | 197,287.07 |
| 12/24/14 | | Arrears | 630.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | (2313.65) | | 0.00 | 0.00 | 0.00 | | 22.44 | 197,287.07 |
| 01/15/15 | 30 | 01/15 | 1,538.78 | 1,538.78 | 1,241.26 | 1,241.26 | 1,241.26 | 297.52 | 0.00 | | (2313.65) | | 0.00 | 0.00 | 0.00 | | 22.44 | 196,989.56 |
| 01/20/15 | | Arrears | 630.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | (1683.23) | | 0.00 | 0.00 | 0.00 | | 22.44 | 196,989.56 |
| 02/07/15 | 30 | 02/15 | 1,538.78 | 1,538.78 | 1,239.39 | 1,239.39 | 1,239.39 | 299.39 | 0.00 | | (1683.23) | | 0.00 | 0.00 | 0.00 | | 22.44 | 196,690.17 |
| 02/27/15 | | Arrears | 96.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | (1587.13) | | 0.00 | 0.00 | 0.00 | | 22.44 | 196,690.17 |
| 03/13/15 | 30 | 03/15 | 1,538.78 | 1,538.78 | 1,237.51 | 1,237.51 | 1,237.51 | 301.27 | 0.00 | | (1587.13) | | 0.00 | 0.00 | 0.00 | | 22.44 | 196,388.90 |
| 03/25/15 | | Arrears | 96.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | (1491.03) | | 0.00 | 0.00 | 0.00 | | 22.44 | 196,388.90 |
| 04/15/15 | 30 | 04/15 | 1,538.78 | 1,538.78 | 1,235.61 | 1,235.61 | 1,235.61 | 303.17 | 0.00 | | (1491.03) | | 0.00 | 0.00 | 0.00 | | 22.44 | 196,085.73 |
| 04/17/15 | | Arrears | 96.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | (1394.93) | | 0.00 | 0.00 | 0.00 | | 22.44 | 196,085.73 |
| 05/15/15 | 30 | 05/15 | 1,538.78 | 1,538.78 | 1,233.71 | 1,233.71 | 1,233.71 | 305.07 | 0.00 | | (1394.93) | | 0.00 | 0.00 | 0.00 | | 22.44 | 195,780.66 |
| 05/18/15 | | Arrears | 630.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | (764.51) | | 0.00 | 0.00 | 0.00 | | 22.44 | 195,780.66 |
| 06/15/15 | 30 | 06/15 | 1,538.78 | 1,538.78 | 1,231.79 | 1,231.79 | 1,231.79 | 306.99 | 0.00 | | (764.51) | | 0.00 | 0.00 | 0.00 | | 22.44 | 195,473.67 |
| 06/24/15 | | Arrears | 630.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | (134.09) | | 0.00 | 0.00 | 0.00 | | 22.44 | 195,473.67 |
| 07/15/15 | 30 | 07/15 | 1,538.78 | 1,538.78 | 1,229.86 | 1,229.86 | 1,229.86 | 308.92 | 0.00 | | (134.09) | | 0.00 | 0.00 | 0.00 | | 22.44 | 195,164.74 |
| 07/17/15 | | Arrears | 134.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | 0.00 | | 22.44 | 195,164.74 |
| 08/14/15 | 30 | 08/15 | 1,538.78 | 1,538.78 | 1,227.91 | 1,227.91 | 1,227.91 | 310.87 | 0.00 | | 0.00 | | 0.00 | 0.00 | 0.00 | | 22.44 | 194,853.83 |
| 10/17/15 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | (76.94) | | 22.44 | 194,853.83 |
| 11/17/15 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | (153.88) | | 22.44 | 194,853.83 |
| 12/17/15 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | (230.82) | | 22.44 | 194,853.83 |
| 01/17/16 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | (307.76) | | 22.44 | 194,853.83 |
| 02/17/16 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | (384.70) | | 22.44 | 194,853.83 |
| 03/17/16 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | (461.64) | | 22.44 | 194,853.83 |
| 04/17/16 | | Late Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 | (538.58) | | 22.44 | 194,853.83 |
| | | DUE for 09/15 | | | | | | | | | | | | | | | | |

| Date Due | Description | Pymt Amt | Past due amt | Fees Due | Unaplied bal | Total due PP |
|---|---|---|---|---|---|---|
| 9/1/15 | Sept 2015 pymt due | $1538.78 | $1,538.78 | $0.00 | $22.44 | |
| 10/1/15 | Oct 2015 pymt due | $1,538.78 | $3,077.56 | $0.00 | $22.44 | |
| 10/17/5 | Late charge assessed | | $3,077.56 | $76.94 | $22.44 | |
| 11/1/15 | Nov 2015 Pymt due | $1,538.78 | $4,616.34 | $0.00 | $22.44 | |
| 11/17/15 | Late charge assessed | | $4,616.34 | $76.94 | $22.44 | |
| 12/1/15 | Dec 2015 pymt due | $1,538.78 | $6,155.12 | $0.00 | $22.44 | |
| 12/17/15 | Late charge assessed | | $6,155.12 | $76.94 | $22.44 | |
| 1/1/16 | Jan 2016 pymt due | $1,538.78 | $7,693.90 | $0.00 | $22.44 | |
| 1/17/16 | Late charge assessed | | $7,693.90 | $76.94 | $22.44 | |
| 2/1/16 | Feb 2016 pymt due | $1,538.78 | $9,232.68 | $0.00 | $22.44 | |
| 2/17/16 | Late charge assessed | | $9,232.68 | $76.94 | $22.44 | |
| 3/1/16 | Mar 2016 pymt due | $1,538.78 | $10,771.46 | $0.00 | $22.44 | |
| 3/17/16 | Late charge assessed | | $10,771.46 | $76.94 | $22.44 | |
| 4/1/16 | Apr 2016 pymt due | $1538.78 | $12,310.24 | $0.00 | $22.44 | |
| 4/17/16 | Late charge assessed | | $12,310.24 | $76.94 | $22.44 | |
| 4/29/16 | Post-petition balances | | $12,310.24 | $538.58 | $22.44 | $12,826.38 |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2016, I electronically filed the foregoing Response to Notice of Final Cure Payment with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

David Freydin, Attorney for Debtors
Glenn B. Stearns, Chapter 13 Trustee

And I certify that I have mailed by United States Postal Service the Response to Notice of Final Cure Payment to the following non-ECF participants on the same date:

Andrew Powell
Nicole Powell
450 Oak Ave.
Aurora, IL 60506
Debtors.